QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-07-249-LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER CONTINUING CASE AND** |
| | ) | **EXCLUDING TIME** |
| BRIAN ARMENTA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The above case appeared on this court's calendar on June 26, 2007. At that time Assistant Federal Defender Rachelle Barbour appeared for Defendant BRIAN ARMENTA, who is in custody.  Daniel M. Davis appeared for Defendant, DAVID GUERRERO, also in custody.   Ms. Barbour requested a continuance so that the government can provide discovery.  Defense counsel will need additional time to review the discovery with the defendants.  Exclusion of time under the Speedy Trial Act until July 24, 2004 was consented to by Armenta and Guerrero, and was stipulated to on the record by the government.  The continuance was granted.

//

//

1     For the reasons just stated, this case is continued for further
2  status conference until July 24, 2007 at 9:30 a.m. on this court's
3  criminal calendar.  Time for trial under the Speedy Trial Act, 18
4  U.S.C. § 3161 *et. seq.* is excluded pursuant to 18 U.S.C. §
5  3161(h)(8)(A) & (B)(iv).
6     IT IS SO ORDERED.
7                                    By the Court,
8
9
10 Dated: July 2, 2007
11
12                                    _____
                                      LAWRENCE K. KARLTON
13                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT