```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>BRIAN ARMENTA,<br><br>              Defendants.<br>_____ | Case No. CR.S-07-249-LKK<br><br>**ORDER CONTINUING CASE AND EXCLUDING TIME** |

    The above case appeared on this court's calendar on July 24, 2007. At that time Assistant Federal Defender Rachelle Barbour appeared for Defendant BRIAN ARMENTA, who is in custody. Daniel M. Davis appeared for Defendant DAVID GUERRERO, also in custody. Ms. Barbour requested a continuance so that the government can provide additional discovery. Defense counsel will need additional time to review the discovery with the defendants. Exclusion of time under the Speedy Trial Act until August 28, 2007 was consented to by Armenta and Guerrero, and was stipulated to on the record by the government. The continuance was granted.

//

//

1
2    For the reasons just stated, this case is continued for further
3 status conference until August 28, 2007 at 9:30 a.m. on this court's
4 criminal calendar.  Time for trial under the Speedy Trial Act, 18
5 U.S.C. § 3161 *et. seq.* is excluded pursuant to 18 U.S.C. §
6 3161(h)(8)(A) & (B)(iv).
7      IT IS SO ORDERED.
8                                By the Court,
9
10
Dated: July 30, 2007
11
12   _____
     LAWRENCE K. KARLTON
13   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2