```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRIAN ARMENTA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **REQUESTING CONTINUANCE OF** |
| | ) | **STATUS CONFERENCE AND** |
| BRIAN ARMENTA and DAVID GUERRERO, | ) | **EXCLUSION OF TIME; ORDER** |
| | ) | Date: September 25, 2007 |
| Defendants. | ) | Time: 9:30 a.m. |
| | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq., attorney for Defendant DAVID GUERRERO that the current status conference date of August 28, 2007 be continued to September 25, 2007 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

Defense counsel are currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  They need additional time to discuss the case with their clients.

Accordingly, the parties request that the Court exclude the time

from the filing of this stipulation through September 25, 2007 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                         Respectfully submitted,
                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED:   August 27, 2007               /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for BRIAN ARMENTA

DATED:   August 27, 2007               /s/ RACHELLE BARBOUR
                                         DAN DAVIS
                                         Attorney for DAVID GUERRERO

                                         McGREGOR SCOTT
                                         United States Attorney

DATED: August  27, 2007               /s/ RACHELLE BARBOUR for
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 27, 2007

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT