1   DANIEL J. BRODERICK
    Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    BRIAN ARMENTA

6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,    )    Case No. CR.S-07-249-LKK
                                 )
10                  Plaintiff,   )
                                 )    **STIPULATION AND ORDER**
11          v.                   )    **REQUESTING CONTINUANCE OF**
                                 )    **STATUS CONFERENCE AND**
12  BRIAN ARMENTA and DAVID      )    **EXCLUSION OF TIME**
    GUERRERO,                    )
13                               )    Date: October 30, 2007
                    Defendants.  )    Time: 9:30 a.m.
14                               )    Judge: Lawrence K. Karlton
    _____

15

16       IT IS HEREBY STIPULATED by and between the parties hereto

17  through their respective counsel, JASON HITT, Assistant United States

18  Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal

19  Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq.,

20  attorney for Defendant DAVID GUERRERO that the current status

21  conference date of September 25, 2007 be continued to October 30, 2007

22  at 9:30 a.m., and that time be excluded for preparation of defense

23  counsel.

24       Defense counsel are currently reviewing the discovery in this

25  case, conducting investigation, and discussing plea options with the

26  government.  They need additional time to discuss the case with their

27  clients.

28       Accordingly, the parties request that the Court exclude the time

1  from the filing of this stipulation through October 30, 2007 at 9:30

2  a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable

3  time to prepare).  The parties agree that the ends of justice to be

4  served by a continuance outweigh the best interests of the public and

5  the defendant in a speedy trial.

6                                          Respectfully submitted,
                                           DANIEL J. BRODERICK
7                                          Federal Defender

8

9  DATED:     September 21, 2007          /s/ RACHELLE BARBOUR
                                           RACHELLE BARBOUR
10                                         Assistant Federal Defender
                                           Attorney for BRIAN ARMENTA
11

12 DATED:     September 21, 2007          /s/ RACHELLE BARBOUR
                                           DAN DAVIS
13                                         Attorney for DAVID GUERRERO

14                                         McGREGOR SCOTT
                                           United States Attorney
15

16

17 DATED: September 21, 2007              /s/ RACHELLE BARBOUR for
                                           JASON HITT
                                           Assistant U.S. Attorney
18                                         Attorney for Plaintiff

19                          **O R D E R**

20      **IT IS SO ORDERED.**

21

22 DATED: September 25, 2007

23

24

                                           LAWRENCE K. KARLTON
25                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
26

27

28

2