```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-07-249-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER CONTINUING CASE AND** |
| ) | **EXCLUDING TIME** |
| BRIAN ARMENTA, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    The above case appeared on this court's calendar on October 30, 2007.  At that time Assistant Federal Defender Rachelle Barbour appeared for Defendant BRIAN ARMENTA, who is in custody.  Daniel M. Davis appeared for Defendant DAVID GUERRERO, also in custody. Assistant United States Attorney Mary Grad appeared for the government.

    Defense counsel requested additional time to discuss the case with the government and determine if the case can be resolved with plea agreements.  Exclusion of time under the Speedy Trial Act until December 11, 2007 was consented to by Armenta and Guerrero, and was stipulated to on the record by the government.  The continuance was granted.

//

//

1     For the reasons just stated, this case is continued for further
2  status conference until December 11, 2007 at 9:30 a.m. on this court's
3  criminal calendar.  Time for trial under the Speedy Trial Act, 18
4  U.S.C. § 3161 *et. seq.* is excluded pursuant to 18 U.S.C. §
5  3161(h)(8)(A) & (B)(iv).
6     IT IS SO ORDERED.
7                                       By the Court,
8
9  Dated: October 31, 2007
10
11
12                                      _____
                                        LAWRENCE K. KARLTON
13                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT