DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **REQUESTING CONTINUANCE OF** |
| | ) | **STATUS CONFERENCE AND** |
| BRIAN ARMENTA and DAVID GUERRERO, | ) | **EXCLUSION OF TIME; ORDER** |
| | ) | |
| | ) | Date: February 5, 2008 |
| Defendants. | ) | Time: 9:30 a.m. |
| | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq., attorney for Defendant DAVID GUERRERO that the current status conference date of January 8, 2008 be continued to February 5, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

Defense counsel are currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  They need additional time to discuss the case with their clients.

Accordingly, the parties request that the Court exclude the time

from the filing of this stipulation through February 5, 2008 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED:   January 4, 2008          /s/ RACHELLE BARBOUR
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for BRIAN ARMENTA

DATED:   January 4, 2008          /s/ RACHELLE BARBOUR
                                  DAN DAVIS
                                  Attorney for DAVID GUERRERO

                                  McGREGOR SCOTT
                                  United States Attorney

DATED: January 4, 2008            /s/ RACHELLE BARBOUR for
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 4, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2