1   DANIEL J. BRODERICK
    Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    BRIAN ARMENTA

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,      )    Case No. CR.S-07-249-LKK
                                    )
10                  Plaintiff,      )
                                    )    **STIPULATION AND ORDER**
11          v.                      )    **REQUESTING CONTINUANCE OF**
                                    )    **STATUS CONFERENCE AND**
12  BRIAN ARMENTA and DAVID         )    **EXCLUSION OF TIME; ORDER**
    GUERRERO,                       )
13                                  )    Date: March 4, 2008
                    Defendants.     )    Time: 9:30 a.m.
14                                  )    Judge: Lawrence K. Karlton
    _____

15

16          IT IS HEREBY STIPULATED by and between the parties hereto

17   through their respective counsel, JASON HITT, Assistant United States

18   Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal

19   Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq.,

20   attorney for Defendant DAVID GUERRERO that the current status

21   conference date of February 5, 2008 be continued to March 4, 2008 at

22   9:30 a.m., and that time be excluded for preparation of defense

23   counsel.

24       Defense counsel are currently reviewing the discovery in this

25   case, conducting investigation, and discussing plea options with the

26   government.  They need additional time to discuss the case with their

27   clients.

28       Accordingly, the parties request that the Court exclude the time

1 | from the filing of this stipulation through March 4, 2008 at 9:30 a.m.,

2 | under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time

3 | to prepare).  The parties agree that the ends of justice to be served

4 | by a continuance outweigh the best interests of the public and the

5 | defendant in a speedy trial.

6 |                                     Respectfully submitted,
   |                                     DANIEL J. BRODERICK
7 |                                     Federal Defender

8 |

9 | DATED:     January 24, 2008          /s/ RACHELLE BARBOUR
   |                                     RACHELLE BARBOUR
10|                                     Assistant Federal Defender
   |                                     Attorney for BRIAN ARMENTA
11|

12| DATED:     January 24, 2008          /s/ RACHELLE BARBOUR
   |                                     DAN DAVIS
13|                                     Attorney for DAVID GUERRERO

14|                                     McGREGOR SCOTT
   |                                     United States Attorney
15|

16|
   | DATED: January 24, 2008             /s/ RACHELLE BARBOUR for
17|                                     JASON HITT
   |                                     Assistant U.S. Attorney
18|                                     Attorney for Plaintiff

19|                           **O R D E R**

20|     **IT IS SO ORDERED.**

21|

22| DATED: January 25, 2008

23|

24|

25|                                     LAWRENCE K. KARLTON
   |                                     SENIOR JUDGE
26|                                     UNITED STATES DISTRICT COURT

27|

28|

2