DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN ARMENTA and DAVID ) <br> GUERRERO, ) <br> ) <br> Defendants. ) <br> ) <br>_____ | Case No. CR.S-07-249-LKK <br><br> **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME; ORDER** <br><br> Date: April 1, 2008 <br> Time: 9:30 a.m. <br> Judge: Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq., attorney for Defendant DAVID GUERRERO that the current status conference date of March 4, 2008 be continued to April 1, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

    Defense counsel are currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  They need additional time to discuss the case with their clients.

    Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through April 1, 2008 at 9:30 a.m.,

under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:    March 3, 2008                 /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for BRIAN ARMENTA


DATED:    March 3, 2008                 /s/ RACHELLE BARBOUR
                                        DAN DAVIS
                                        Attorney for DAVID GUERRERO

                                        McGREGOR SCOTT
                                        United States Attorney


DATED: March 3, 2008                    /s/ RACHELLE BARBOUR for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2