DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **REQUESTING CONTINUANCE OF** |
| | ) | **STATUS CONFERENCE AND** |
| BRIAN ARMENTA and DAVID GUERRERO, | ) | **EXCLUSION OF TIME; PROPOSED ORDER** |
| | ) | |
| Defendants. | ) | Date: April 29, 2008 |
| | ) | Time: 9:30 a.m. |
| | | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq., attorney for Defendant DAVID GUERRERO that the current status conference date of April 1, 2008 be continued to April 29, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

Defense counsel are currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  They need additional time to discuss the case with their clients.

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through April 29, 2008 at 9:30

1 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable
2 time to prepare).  The parties agree that the ends of justice to be
3 served by a continuance outweigh the best interests of the public and
4 the defendant in a speedy trial.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:    March 28, 2008                /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for BRIAN ARMENTA


DATED:    March 28, 2008                /s/ RACHELLE BARBOUR
                                        DAN DAVIS
                                        Attorney for DAVID GUERRERO

                                        McGREGOR SCOTT
                                        United States Attorney


DATED: March 28, 2008                   /s/ RACHELLE BARBOUR for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

                                **O R D E R**

   **IT IS SO ORDERED.**

DATED: March 31, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2