```
DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN ARMENTA and DAVID ) <br> GUERRERO, ) <br> ) <br> Defendants. ) <br> ) <br> _____ | Case No. CR.S-07-249-LKK <br><br> **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME; ORDER** <br><br> Date: May 28, 2008 <br> Time: 9:30 a.m. <br> Judge: Lawrence K. Karlton |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq., attorney for Defendant DAVID GUERRERO that the current status conference date of April 29, 2008 be continued to May 28, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

     Defense counsel are currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  They need additional time to discuss the case with their clients and the prosecutor.

     Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through May 28, 2008 at 9:30 a.m.,

under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED:    April 25, 2008            /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for BRIAN ARMENTA


DATED:    April 25, 2008            /s/ RACHELLE BARBOUR
                                    DAN DAVIS
                                    Attorney for DAVID GUERRERO

                                    McGREGOR SCOTT
                                    United States Attorney


DATED: April 25, 2008               /s/ RACHELLE BARBOUR for
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT