DANIEL J. BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRIAN ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **REQUESTING CONTINUANCE OF** |
| | ) | **STATUS CONFERENCE AND** |
| BRIAN ARMENTA and DAVID GUERRERO, | ) | **EXCLUSION OF TIME; ORDER** |
| | ) | Date: June 17, 2008 |
| Defendants. | ) | Time: 9:30 a.m. |
| | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, and DAN DAVIS, esq., attorney for Defendant DAVID GUERRERO that the current status conference date of May 28, 2008 be continued to June 17, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

Defense counsel are currently reviewing the discovery in this case, conducting investigation, and discussing plea options with the government.  They need additional time to discuss the case with their clients and the prosecutor.

Accordingly, the parties request that the Court exclude the time from the filing of this stipulation through June 17, 2008 at 9:30 a.m.,

1  under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time
2  to prepare).  The parties agree that the ends of justice to be served
3  by a continuance outweigh the best interests of the public and the
4  defendant in a speedy trial.

                                            Respectfully submitted,
                                            DANIEL J. BRODERICK
                                            Federal Defender

8  DATED:    May 22, 2008                   /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for BRIAN ARMENTA

11 DATED:    May 22, 2008                   /s/ RACHELLE BARBOUR
                                            DAN DAVIS
                                            Attorney for DAVID GUERRERO

                                            McGREGOR SCOTT
                                            United States Attorney

16 DATED: May 22, 2008                      /s/ RACHELLE BARBOUR for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

18                                  **O R D E R**

19     **IT IS SO ORDERED.**

21 DATED: May 23, 2008

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT