DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant DAVID FRANK GUERRERO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S-07-249-LKK |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF JUDGMENT AND SENTENCING** |
| v. | Date: December 16, 2008<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| DAVID FRANK GUERRERO, | |
| Defendant._____/ | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Jason Hitt, and Defendant David Frank Guerrero, through his attorney Daniel M. Davis, as follows:

It is agreed that the current Judgment and Sentencing date of November 17, 2008 be vacated and a new Judgment and Sentencing date of December 16, 2008 at 9:15 a.m. be set.

The continuance is necessary because there was insufficient time set between the date that the Motion For Correction and Objection of the Presentence Report had to be

1

filed and the date for Judgment and Sentencing and the parties need additional time to respond to the PSI and to each other's position on Judgment and Sentencing.

For all of these reasons, the parties jointly request a new Judgment and Sentencing date, and that the time period from November 17, 2008 to and including December 16, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,


Dated: November 11, 2008    /s/ DANIEL M. DAVIS for
                            JASON HITT
                            Assistant U.S. Attorney

Dated: November 11, 2008    /s/ Daniel M. Davis
                            DANIEL M. DAVIS
                            Attorney for DAVID FRANK GUERRERO


**ORDER**

IT IS SO ORDERED:

Dated: November 14, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT