```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    BRIAN ARMENTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-07-249-LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME; PROPOSED ORDER** |
| v. | ) | |
| BRIAN ARMENTA, | ) | |
| Defendant. | ) | Date: January 12, 2010<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant BRIAN ARMENTA, that the current Status Conference hearing date of December 1, 2009, be continued to January 12, 2010, at 9:15 a.m., and that time be excluded for preparation of defense counsel.

This continuance is requested because defense counsel needs additional time to discuss the case with the government, obtain a plea agreement from the government, present it to Mr. Armenta, and discuss all possible sentencing options with him.

///

1  Accordingly, the parties request that the Court exclude the time
2  from the filing of this stipulation through January 12, 2010, at 9:15
3  a.m., under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4 (reasonable
4  time to prepare).  The parties agree that the ends of justice to be
5  served by a continuance outweigh the best interests of the public and
6  the defendant in a speedy trial.

DATED: November 23, 2009                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRIAN ARMENTA

DATED: November 23, 2009                BEN WAGNER
                                        United States Attorney

                                        /s/ Rachelle Barbour for
                                            Jason Hitt
                                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                            **O R D E R**

**IT IS SO ORDERED.**

DATED: November 25, 2009

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

2