JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
DAVID FRANK GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-249-LKK |
| Plaintiff, ) ) | |
| v. ) | SUBSTITUTION OF COUNSEL AND ORDER |
| DAVID FRANK GUERRERO, ) ) | |
| Defendant. ) ) _____ ) | Date:  December 22, 2009 Time: 9:15 a.m. Hon. Lawrence K. Karlton |

Defendant David Frank Guerrero, through his attorney CJA panel John Balazs, hereby submits this substitution of counsel as counsel recently discovered a potential conflict.  The CJA Panel Administrator has assigned attorney Shari Rusk as new CJA counsel.  Ms. Rusk and AUSA Jason Hitt intend to proceed with the currently scheduled sentencing date of December 22, 2009.

Respectfully submitted,

Dated: December 15 2009

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
DAVID FRANK GUERRERO

Dated: December 15, 2009

/s/ Shari Rusk
SHARI RUSK

I consent to the substitution.

Dated:  December 15, 2009

                                          <u>/s/ David Frank Guerrero</u>
                                          David Frank Guerrero
                                          Defendant
                                          [Original Signature on File]

## <u>ORDER</u>

IT IS SO ORDERED.

Dated:  December 21, 2009