```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. 2:07-cr-0249 LKK
                                 )
11              Plaintiff,       )   AMENDED STIPULATION AND ORDER
                                 )              CONTINUING
12       v.                      )   JUDGMENT AND SENTENCE FOR
                                 )   DEFENDANT DAVID GUERRERO
13  DAVID GUERRERO, et al.,      )
                                 )
14              Defendants.      )
    _____)
15
16       Plaintiff, United States of America, by and through its
17  counsel, Assistant United States Attorney Jason Hitt, and
18  defendant David GUERRERO, by and through his counsel, Shari Rusk,
19  Esq., hereby stipulate and agree that the currently-set judgment
20  and sentencing date of May 4, 2010, at 9:15 a.m. should be
21  continued to June 2, 2010, at 9:15 a.m.
22
23  DATED: May 3, 2010              /s/Jason Hitt
                                    JASON HITT
24                                  Assistant U.S. Attorney
25
26  DATED: May 3, 2010              /s/Jason Hitt for Ms. Rusk
                                    Authorized to sign for Ms.
27                                  Barbour on 05-03-10
                                    SHARI RUSK, Esq.
28                                  Counsel for GUERRERO
```

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of May 4, 2010, at 9:15 a.m., is CONTINUED to June 2, 2010, at 9:15 a.m.


    IT IS SO ORDERED.

DATE: May 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT