```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   Case No. 2:07-cr-0249 LKK
                                 )
11            Plaintiff,         )   STIPULATION AND ORDER
                                 )          CONTINUING
12       v.                      )   JUDGMENT AND SENTENCE FOR
                                 )   DEFENDANT DAVID GUERRERO
13  DAVID GUERRERO, et al.,      )
                                 )
14            Defendants.        )
    _____)
15
16     Plaintiff, United States of America, by and through its
17  counsel, Assistant United States Attorney Jason Hitt, and
18  defendant David GUERRERO, by and through his counsel, Shari Rusk,
19  Esq., hereby stipulate and agree that the currently-set judgment
20  and sentencing date of June 2, 2010, at 9:15 a.m. should be
21  continued to June 29, 2010, at 9:15 a.m.
22
23  DATED: May 28, 2010            /s/Jason Hitt
                                   JASON HITT
24                                 Assistant U.S. Attorney
25
26  DATED: May 28, 2010            /s/Jason Hitt for Ms. Rusk
                                   Authorized to sign for Ms.
27                                 Barbour on 05-28-10
                                   SHARI RUSK, Esq.
28                                 Counsel for GUERRERO
```

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of June 2, 2010, at 9:15 a.m., is CONTINUED to June 29, 2010, at 9:15 a.m.

IT IS SO ORDERED.

DATE: June 2, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT