```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID GUERRERO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:07-cr-0249 LKK <br><br> AMENDED STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE FOR DEFENDANT DAVID GUERRERO |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant David GUERRERO, by and through his counsel, Shari Rusk, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of July 20, 2010, at 9:15 a.m. should be continued to August 31, 2010, at 9:15 a.m.

DATED: July 19, 2010         /s/Jason Hitt
                             JASON HITT
                             Assistant U.S. Attorney


DATED: July 19, 2010         /s/Jason Hitt for Ms. Rusk
                             Authorized to sign for Ms.
                             Rusk on 07-19-10
                             SHARI RUSK, Esq.
                             Counsel for GUERRERO

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of July 20 2010, at 9:15 a.m., is CONTINUED to August 31, 2010, at 9:15 a.m.

IT IS SO ORDERED.

DATE: July 19, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT